# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Billie Jean Van Knight,

        Plaintiff,                    Civil No. 10-3423 (RHK/JJG)

vs.                           **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Liberty Mutual Insurance Company,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 16, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge